**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL 11 2023

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                       No. 2:22-cr-01561-MIS-1

MICHAEL RIVERA,

    Defendant.

## VERDICT

### Count 1

We, the Jury, find the defendant, Michael Rivera, __Guilty__ of Coercion
           (Guilty or Not Guilty)
and Enticement, as charged in Count 1 of the Indictment.

### Count 2

We, the Jury, find the defendant, Michael Rivera, __Guilty__ of
           (Guilty or Not Guilty)
Production of Child Pornography, as charged in Count 2 of the Indictment.

### Count 3

We, the Jury, find the defendant, Michael Rivera, __Guilty__ of Production of
           (Guilty or Not Guilty)
Child Pornography, as charged in Count 3 of the Indictment.

DATED THIS __11__ DAY OF __July__, 2023.

████████  ████ FOREPERSON ████