# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | **22-1561 MIS** | USA vs.: | **RIVERA** |
| Date: | **01/16/2024** | Name of Deft: | **MICHAEL RIVERA** |
| Before the Honorable: | | **MARGARGET I. STRICKLAND, UNITED STATES DISTRICT JUDGE** | |
| Time In/Out: | **1:28 P.M. – 2:28 P.M.** | Total Time in Court (for JS10): | **1 HOUR** |
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **VANESSA ALYCE CHAVEZ** |
| AUSA: | **MARISA ONG / ELIOT NEAL** | Defendant's Counsel: | **BROCK BENJAMIN** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **NONE** |
| Probation Officer: | **CESAR ROSILES** | Sworn?: | **X** Yes / No |

| Convicted on: | | Plea | | **X** Verdict | As to: | | Information | **X** Superseding Indictment |
|---|---|---|---|---|---|---|---|---|
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | **COUNTS 1, 2 AND 3** | | |
| If Plea Agreement: | | Accepted | | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | **7/11/2023** | | | | PSR: | **X** Not Disputed | | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | | |

### SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | **COUNT 1: 420 MONTHS**<br>**COUNTS 2 AND 3: 360 MONTHS**<br>**(SAID COUNTS TO RUN CONCURRENT- 420 MONTHS)** |
| Supervised Release: | **COUNTS 1, 2, 3: 30 YEARS (TO RUN CONCURRENT)** |
| Probation: | |

| | 500-HOUR DRUG PROGRAM | **X** | BOP SEX OFFENDER PROGRAM | OTHER: | |
|---|---|---|---|---|---|
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | **X** | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | Participate in/successfully complete subst abuse program/testing (up to 60 tests per year) | | Reside halfway house ____ months ____ days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol (up to 4 tests per day) | **X** | Participate in sex offender treatment program |
| | Submit to search of person/property | **X** | Possess no sexual material |
| | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | **X** | No computer with access to online services |
| | No entering or loitering near victim's residence | **X** | No contact with children under 18 years |
| | Provide financial information | **X** | No volunteering where children supervised |
| | Grant limited waiver of confidentiality (subst abuse / mental) | **X** | Restricted from occupation with access to children |
| | Participate in an educational or vocational program | **X** | No loitering within 100 feet of school yards |

**OTHER:**

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | **NONE ORDERED/WAIVED** |
| SPA: $ | **300** ($100 as to each Count) | Payment Schedule: | **X** Due Imm. / Waived |
| OTHER: | | | |

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | **FCI CLOSE TO LAS CRUCES, NEW MEXICO OR FCI TUCSON, ARIZONA.** | |

| | |
|---|---|
| OTHER COMMENTS: | **COURT PROCEED TO OBJECTIONS FILED BY COUNSEL**<br><br>**DEFENSE OBJECTION**<br><br>**1:32 P.M. MR. BENJAMIN OBJECTION #1 AS TO OBSTRUCTION OF JUSTICE**<br>**MS. ONG RESPONSE – TESTIMONY BY VICTIM**<br>**COURT: SUSTAINS OBJECTION** |

|  | |
|---|---|
|  | **1:35 P.M. MR. BENJAMIN OBJECTION #2 USE OF COMPUTER**<br>      **MS. ONG RESPONSE -  U.S. v Gallegos**<br>       **COURT:  OVERRULES OBJECTION**<br><br>**1:37 P.M  MR. BENJAMIN OBJECTION #3   PARAGRAPH 45**<br>       **MS. ONG RESPONSE - TWO SEPARATE INSTANCES**<br>       **COURT – OVERRULE OBJECTION**<br><br>**1:41 P.M.   MR. BENJAMIN OBJECTION #4  (GROUPING -DOUBLE COUNTING**<br>        **MS. ONG  RESPONSE – PROBATION OFFICER CORRECTLY APPLIED**<br>        **COURT – OVERRULE OBJECTION**<br><br>**1:44 P.M.   MR. BENJAMIN OBJECTION #5   TRIAL PENALTY**<br>       **MS. ONG  RESPONSE**<br>        **COURT – OVERRULE OBJECTION**<br><br>**GOVERNMENT OBJECTIONS**<br><br>**1:45 P.M.  MS. ONG OBJECTION ADDITIONAL ENHANCEMENT CONTACT**<br>       **MR. BENJAMIN RESPONSE**<br>       **COURT – OVERRULE OBJECTION**<br><br>**1:50 P.M.  MS. ONG OBJECTION ADDITIOANL ENHANCEMENT SUPERVISORY CONTROL**<br>       **MR. BENJAMIN RESPONSE**<br>       **COURT – OVERRULE OBJECTION**<br><br><br>**1:56 P.M. MS. ONG -   VICTIM AND FAMILY NOT PRESENT. LETTERS AND IMPACT STATEMENTS SUBMITTED.   ARGUMENT AS TO SENTENCE.**<br><br>**1:59 P.M.  MR. BENJAMIN -  ARGUMENT AS TO SENTENCING**<br><br>**2:06 P.M.  MR. RIVERA ALLOCUTION** |